AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Shipping and Transit, LLC,<br>*Plaintiff*<br>v.<br>OpticsPlanet, Inc.,<br>*Defendant* | ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Serge Biberman
Registered Agent
OpticsPlanet, Inc.
150 South Wacker Drive
Suite 1600
Chicago, Illinois 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William R. McMahon, Esquire
WRM Law, LLC
37 Edinburgh Drive
Palm Beach Gardens, Florida 33418
Telephone: 561-699-3456
Email: bill@mlfllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*