US007030781C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (9736th)

# United States Patent

**Jones**

(10) **Number: US 7,030,781 C1**

(45) **Certificate Issued: *Jul. 2, 2013**

(54) **NOTIFICATION SYSTEM AND METHOD THAT INFORMS A PARTY OF VEHICLE DELAY**

(75) Inventor: **Martin Kelly Jones**, Dalton, GA (US)

(73) Assignee: **Melvino Technologies, Limited**, Tortola (VG)

**Reexamination Request:**
No. 90/012,612, Jan. 4, 2013

**Reexamination Certificate for:**
Patent No.: **7,030,781**
Issued: **Apr. 18, 2006**
Appl. No.: **10/686,925**
Filed: **Oct. 16, 2003**

( * ) Notice: This patent is subject to a terminal disclaimer.

**Related U.S. Application Data**

(63) Continuation of application No. 09/992,817, filed on Nov. 6, 2001, now Pat. No. 6,700,507, which is a continuation of application No. 09/233,795, filed on Jan. 19, 1999, now Pat. No. 6,313,760, which is a continuation of application No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020.

(51) **Int. Cl.**
*G08G 1/123* (2006.01)

(52) **U.S. Cl.**
USPC ............ **340/994**; 340/989; 701/465; 701/517

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,612, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Adam Basehoar

(57) **ABSTRACT**

An advance notification system and method notifies passengers of the impending arrival of a transportation vehicle, for example, a school bus, at a particular vehicle stop. The system generally includes an on-board vehicle control unit for each vehicle and a base station control unit for making telephone calls to passengers in order to inform the passengers when the vehicle is a certain predefined time period and/or distance away from the vehicle stop. The VCU compares elapsed time and/or traveled distance to the programmed scheduled time and/or traveled distance to determine if the vehicle is on schedule. If the vehicle is behind or ahead of schedule, the VCU calls the BSCU, which then adjusts its calling schedule accordingly.



# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **5** and **11** is confirmed.

Claims **1-4**, **6-10** and **12-14** are cancelled.

* * * * *